## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) FILE NO. _____ |
| v. | ) |
| | ) |
| MOBILE DRUG SCREENING LLC and | ) |
| TIMOTHY MACKEY, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Owners Insurance Company ("Owners" or "Plaintiff") files this Complaint for Declaratory Judgment, respectfully showing this Court as follows:

## SUMMARY OF ACTION

1.

This Declaratory Judgment Action arises out of claims for damages made by Timothy Mackey ("Mackey" or the "Underlying Plaintiff") in an underlying lawsuit styled *Timothy Mackey v. Mobile Drug Screening LLC*, Civil Action File No. SPCV24-00102, in the Superior Court of Chatham County, Georgia (the "Underlying Action"). A true and correct copy of the Complaint in the Underlying Action is attached as Exhibit "A."

2.

Mackey alleges in the Underlying Action that he tripped and fell out of a mobile drug screening facility (the "Incident") operated out of a van owned by Mobile Drug Screening LLC ("Mobile Drug Screening"), and that such fall was due to Mobile Drug Screening's negligence in operating said van.

3.

Owners is providing a defense to Mobile Drug Screening in the Underlying Action pursuant to a complete reservation of rights under Commercial Auto Policy no. 54-440-197-00 issued for the policy period April 18, 2023 to April 18, 2024 (the "Insurance Contract").  A true and correct copy of the Insurance Contract is attached as Exhibit "B."

4.

Owners seeks a declaration in this lawsuit that it is not obligated to provide coverage to Mobile Drug Screening in the Underlying Action pursuant to the Insurance Contract, including for the reasons set forth below.

**PARTIES, JURISDICTION AND VENUE**

5.

Plaintiff Owners Insurance Company is an Ohio corporation with its principal place of business in Lansing, Michigan, and thus a citizen of Ohio and Michigan.

6.

Mobile Drug Screening LLC is a Georgia limited liability company with its principal place of business in Garden City, Georgia. Upon information and belief, each of Mobile Drug Screening's members is a resident of and domiciled in Georgia and a Georgia citizen. Mobile Drug Screening is thus a citizen of Georgia. Mobile Drug Screening may be served via its registered agent, Robert J. Pappas, at 433 Montgomery Street, Unit A, Savannah, Georgia 31401. Mobile Drug Screening is subject to the jurisdiction of this court and venue as to it is proper pursuant to 28 U.S.C. § 1391(b)(1) and (2).

7.

Timothy Mackey is a citizen of Georgia and a resident of and domiciled in Chatham County, Georgia, and may be personally served at 1401 WW Law Drive, Savannah, Georgia 31415. Mackey is subject to the jurisdiction of this court and venue as to him is proper pursuant to 28 U.S.C. § 1391(b)(1) and (2).

8.

Owners files this action pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq*.

9.

The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

There is complete diversity of citizenship between Owners and Defendants, and the

amount in controversy exceeds $75,000, exclusive of costs.

10.

Venue is proper in the Savannah Division of the United States District Court

for the Southern District of Georgia.

## THE INSURANCE CONTRACT

11.

Owners issued the Insurance Contract, policy no. 54-440-197-00, to

"MOBILE DRUG SCREENING LLC" for the policy period April 18, 2023 to April

18, 2024.  The Insurance Contract contemplates a combined liability limit of $1

million each accident as to covered auto symbol 1, "[a]ny [a]uto."

12.

The Insurance Contract provides, in relevant part:

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**

**A.     COVERAGE**

> **We** will pay all sums an **insured** legally must pay as damages
> because of **bodily injury** or **property damage** to which this
> insurance applies, caused by an **accident** and resulting from the
> ownership, maintenance or use of a covered **auto** as an **auto**.

## THE INCIDENT AND THE UNDERLYING ACTION

13.

The Incident occurred on June 23, 2023 immediately following a drug screening performed with respect to the Underlying Plaintiff within a Nissan van owned and operated by Mobile Drug Screening (the "Vehicle).

14.

Mobile Drug Screening utilized the Vehicle as a mobile drug testing center.

15.

In surveillance video, Plaintiff can be seen exiting the Vehicle after receiving paperwork from a nurse without grasping the available handhold to the left of the Vehicle's sliding door as one exits.

16.

The Underlying Plaintiff filed his Complaint in the Action on January 30, 2024.

17.

The Underlying Plaintiff alleges that Mobile Drug Screening was negligent in connection with the Incident and, specifically, that Mobile Drug Screening failed to place a handrail near the sliding door in order to ensure safe egress.

## DECLARATORY JUDGMENT COUNT

**Mobile Drug Screening Was Not Using the Vehicle "as an Auto"**

18.

Owners repeats and realleges the allegations of the foregoing paragraphs as if fully set forth herein.

19.

Pursuant to Section II of the Insurance Contract, "COVERED AUTOS LIABILITY COVERAGE," the Insurance Contract generally contemplates coverage for "bodily injury" "caused by an **accident** and resulting from the ownership, maintenance or use of a covered **auto** as an **auto**."

20.

Mobile Drug Screening's use of the Vehicle as a mobile drug testing facility at the time of the Incident did not constitute use of the auto "as an auto."

21.

Coverage is wholly unavailable under the Insurance Contract as to the Underlying Action, therefore.

WHEREFORE, Owners respectfully requests that this Court (1) enter a Declaratory Judgment in Owners' favor declaring that the Insurance Contract is not implicated in connection with the Underlying Action; (2) grant a trial by jury; and (3) award such other and further relief as this Court deems just and proper.

Respectfully submitted this 15th day of May, 2024.

**KERSHAW WHITE LLC**

|  |  |
|---|---|
|  | **/s/ R. Patrick White** |
| 5881 Glenridge Drive, Suite 100 | **R. PATRICK WHITE** |
| Atlanta, Georgia 30328 | Georgia Bar No. 754806 |
| 470-443-1100 main phone | **JEFFREY A. KERSHAW** (*application* |
| 470-344-0958 direct dial | *for admission pending*) |
| 404-748-1179 fax | Georgia Bar No. 159054 |

*Counsel for Plaintiff Owners Insurance Company*