AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OWNERS INSURANCE COMPANY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:24-CV-00094

MOBILE DRUG SCREENING, LLC;
and TIMOTIIY MACKEY,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**JT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated July 14, 2025, the Court grants the Motion for Summary Judgment of Plaintiff Owners Insurance Company. This case is dismissed.



7/14/2025     John E. Triplett, Clerk of Court
Date     Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/1/03